**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Gregory L. BILLUPS, Defendant— Appellant.**

**No. 08–7613.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2009.

Decided: June 8, 2009.

Gregory L. Billups, Appellant Pro Se. Richard Daniel Cooke, Brian Ronald

Hood, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory L. Billups appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Billups,* No. 3:05–cr–00042–RLW–1 (E.D.Va. Aug. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*